UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| $25,694.00 IN U.S. CURRENCY, | § | |
| Defendant in rem | § | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

United States of America, Plaintiff, files this action for forfeiture against approximately $25,694.00 in United States currency, Defendant in rem, and alleges the following.

*Nature of the Action*

1. This is an action to forfeit property to the United States pursuant to 31 U.S.C. §5317(c)(2).

*Defendant in Rem*

2. Defendant in rem is approximately $25,694.00 in United States currency that was seized from Susaimanickam Justin Arockiasamy on April 14, 2010, at the George Bush Intercontinental Airport in Houston, Texas.

*Jurisdiction and Venue*

3. This Court has jurisdiction under 28 U.S.C. §1355 because this is an action for forfeiture.

4. Venue is proper in this Court under 28 U.S.C. §§ 1355 and 1395(a) and (b) because:

> a. the acts or omissions giving rise to the forfeiture occurred in the Southern District of Texas;
>
> b. the property was found in the Southern District of Texas; and
>
> c. this forfeiture action accrued in the Southern District of Texas.

*Basis for Forfeiture*

5. The Defendant in rem is subject to forfeiture pursuant to 31 U.S.C. § 5317(c)(2) which provides that any property involved in violations of 31 U.S.C. §§ 5316 and 5324(c) may be forfeited to the United States. These statutes state in pertinent part that:

> 1) a person shall file a report when the person knowingly transports, is about to transport, or has transported a monetary instrument of more than $10,000 out of the United States. 31 U.S.C. § 5316(a)(1)(A);
>
> 2) no person shall, for the purpose of evading the reporting requirements of 31 U.S.C. § 5316, fail to file a report required by 31 U.S.C. § 5316. 31 U.S.C. § 5324(c)(1);
>
> 3) no person shall, for the purpose of evading the reporting requirements of 31 U.S.C. § 5316, file a report required by 31 U.S.C. § 5316 that contains a material omission or misstatement of fact. 31

U.S.C. § 5324(c)(2).

*Facts*

6. On April 14, 2010, Susaimanickam Justin Arockiasamy was about to leave the United States aboard Lufthansa Airlines flight number 441 to Frankfurt, Germany, en route to India at the George Bush Intercontinental Airport in Houston, Texas. In the jetway for this flight, a United States Customs and Border Protection Officer (CBP Officer) conducted a Customs outbound inspection. The CBP Officer asked Susaimanickam Justin Arockiasamy if he was transporting more than $10,000 in cash or monetary instruments for himself or others. He stated that he was transporting only $8,000. He also confirmed in writing that he was transporting only $8,000.

7. A CBP Officer directed Susaimanickam Justin Arockiasamy to an inspection table to verify the amount of money he was carrying. At the inspection table, a CBP Officer asked Susaimanickam Justin Arockiasamy to place all of his currency on the table. Susaimanickam Justin Arockiasamy placed two envelopes on the table. These envelopes contained $9,850. He also had $344 in his wallet. After this discovery of funds, a CBP Officer inspected Susaimanickam Justin Arockiasamy's luggage and found in the carry on bag three additional envelopes which contained the following sums of money: $5,500, $6,000 and $4,000. After

counting all of the money that he was carrying, it was determined that he was about to transport $25,694 out of the United States. CBP Officers seized these funds for forfeiture.

8. During an interview with Senior Special Agent Kathy E. Ransbury, ~~.................~~ money that were in the envelopes. He said he became nervous when the CBP Officer asked him about the money he had with him. He acknowledged that he lied about the money that he was taking to India.

*Relief Requested*

9. Plaintiff requests an arrest warrant and summons pursuant to Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, a judgment of forfeiture, and costs and other relief to which the Plaintiff may be entitled.

Dated: May 13, 2010.

                Respectfully submitted,

                José Angel Moreno
                United States Attorney

                By: /s/ Albert Ratliff
                Albert Ratliff
                Attorney-in-Charge
                NY Bar No. 1073907
                SDTX Bar No. 6764
                Assistant United States Attorney

United States Attorney's Office
P. O. Box 61129
Houston, Texas 77208
E-mail: albert.ratliff@usdoj.gov
Office: (713) 567-9579
Fax: (713) 718-3300

*Verification*

I, Kathy E. Ransbury, Senior Special Agent, United States Immigration and Customs Enforcement, declare under penalty of perjury as provided by 28 U.S.C. §1746 that I have read this Verified Complaint for Forfeiture in Rem, and the facts stated in this complaint are true and correct to the best of my knowledge and belief.

Executed on May 13, 2010.

_____
Kathy E. Ransbury, Senior Special Agent
U. S. Immigration and Customs Enforcement