IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON  DIVISION

UNITED STATES OF AMERICA　　　§

　　　Plaintiff,　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　v.　　　　　　　　　　　　　§　　　CIVIL  NO. H-10-1636
　　　　　　　　　　　　　　　　§
$21,461.00 IN U.S. CURRENCY　　§
　　　　　　　　　　　　　　　　§
　　　Defendant.　　　　　　　　§

NOTICE OF DECLARATION OF PUBLICATION

The United States of America has published notice of this forfeiture action as stated in the

attached and incorporated declaration.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　José Angel Moreno
　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　By:　　/s/ Albert Ratliff
　　　　　　　　　　　　　　　　　Albert Ratliff
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Attorney-in-Charge
　　　　　　　　　　　　　　　　　NY Bar No. 1073907
　　　　　　　　　　　　　　　　　SDTX Bar No. 6764
　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　P. O. Box 61129
　　　　　　　　　　　　　　　　　Houston, Texas  77208
　　　　　　　　　　　　　　　　　Office (713) 567-9579
　　　　　　　　　　　　　　　　　Fax (713) 718-3300